

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| EL PASO CENTRAL APPRAISAL DISTRICT, | § | No. 08-17-00003-CV |
|  | § | Appeal from |
| Appellant, | § | 327th District Court |
| v. | § | of El Paso County, Texas |
| HAWKINS & I-10 ACQUISITION CO., L.P., | § | (TC # 2016DTX0495) |
|  | § |  |
| Appellee. |  |  |

## **J U D G M E N T**

The Court has considered this cause on agreed motion to dismiss and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order costs be assessed against the party incurring same. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF NOVEMBER, 2017.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.